UNITED STATES FEDERAL COURTHOUSE
BROWNSVILLE TEXAS

United States District Court
Southern District of Texas
FILED

AUG 0 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| George Luna<br>        Plaintiff, | §<br>§<br>§ |
| v. | §    Civil Complaint No. B-04 133 |
| | § |
| John Duffy<br>        Defendant, | §<br>§<br>§<br>§ |

## BRIEF IN SUPPORT OF PLAINTIFF'S COMPLAINT
## IN THE CIVIL JURSIDICTION OF THIS COURT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now plaintiff, George Luna, and files this his complaint, implicating the defendant of forgery, unprofessional and unethical behavior, corruption, dishonest practices and dishonest proceedings. Further for insufficient and ineffective assistance of counsel, misrepresentation of counsel, and denial of refund for the fee's paid to defendant for the contracted services which the defendant failed to provide.

## FACTS PERTINENT TO THIS SUIT

Plaintiff hired the defendants professional services in order to prepare the plaintiff's case for trial. The defendant did not do that which he was hired to do, instead, defendant, without informing or getting permission from the plaintiff, set up two seperate meetings with the prosecutor at which time he forged the plaintiff's signature. The defendants actions is a breach of his fiduciary responsibility to his client, the plaintiff, and a criminal offence, he did knowingly and willfully, with malicious malfeasance work in conjunction with the prosecutor  to deprive the plaintiff of his God-given rights to have a fair jury trial.

Plaintiff was taken to thoes meetings without full knowledge of the purpose and intent for going there. Once at the meetings, the plaintiff was pressured by the defendant and the prosecutor to cooperate with the government and to plea bargain with them. The plaintiff refused to accept a plea bargain, which is his right, plaintiff demanded to go to trial instead.

Soon thereafter, the defendant presented to the plaintitt a document which had been forged by the defendant, it stated that the plaintiff had agreed to and would cooperate with the government. Plaintiff at that time informed the defendant that the signature was a forgery, and that he never gave the defendant permission or any type of authority to agree to such a deal, or sign his name for him, in fact plaintiff explicitly conveyed to him there would be no plea bargain. further as the plaintiff repeatedly requested the defendant file for a speedy trial but the defendant kept postponing his request and eventually failed to file a motion for a speedy trial, which again, is the plaintiff's right, and a violation of the contractual agreement between the parties, When the plaintiff confronted the defendant about the forged signature, the defendant withdrew from the case.

When the defendant withdrew, "quit", the case, plaintiff demanded that he respond to the allegations about the forgery and to refund the fee's paid to him by the plaintiff, the sum certain amount of these fee's are Fifty Thousand dollars ($50,000.00) and was paid in two parts. First payment was on March 13, 1999 in the amount of Fifteen Thousand ($15,000.00) and the second payment was on April 19, 1999, in the amount of Thirty Five Thousand ($35,000.00). The payments were made in "good faith" and plaintiff trusted the defendant would also act in "good faith". The defendant decided to keep this money after his acts of "bad faith", no matter what, and refused to refund the money to the plaintiff.

This dispute was taken to the Chester County Bar Association in order to find a resolution on the fee dispute which arises as a result of the Fee Dispute Compliant Form filed by the plaintiff against the defendant. Defendant responded to this Fee Dispute Complaint Form in a very unprofessional manner, where he stated that he had "no intention of returning one dime" (See Appendix "E").

In the following order attached hereby are the documents of proof to which the plaintiff's statements are true, correct, certain and not intended to mislead this court or Judge.

In Appendix "A" is shown the agreement plaintiff and defendant made with it's conditions and fees in order for the plaintiff to be represented in Court by the defendant. also are shown copies of the receipts of money paid, paid in full, with two instalments, the first for $15,000.00 dollars and the second for $35,000.00.

In Appendix "B" is shown the professional openion of a Certified Document Examiner, which proves that the beforementioned forged signature is not that of the plaintiff's but that of the defendants.

In Appendix "C" shows that the complaint for the "dispute of $50,000.00 dollar refund" was taken to the Chester County Bar Association for resolution.

In Appendix "D" it shows that defendant has a prior record of violence, assault and battery, a disciplinary action for an unlawful Act, and three convictions.

In Appendix "E" it clearly shows the unethical and unprofessional behavior of the defendant, and his position of not returning/refunding "one dime" to the plaintiff.

In Appendix "F" there is from the Secretary of the State of Texas a packing slip, and a UCC initial filing acknowledgment of the lien that was filed against John J. Duffy.

## RESOLUTIONS OF PLAINTIFF'S CLAIM

1) Plaintiff asks this court to hear this claim and rule in favor of the plaintiff for the full amount of fees paid ($50,000.00), due to the gross negligence of the defendant.

2) Plaintiff asks this court and Honorable Judge to further award the plaintiff an additional One Hundred and Fifty Thousand Dollars ($150,000.00, 3X fees paid)

for the stress, mental anguish, and hardship this plaintiff and his family has been put through as a direct result of the defendants unethical and criminal conduct.

3) Plaintif asks this court to recommend a full investigation into the criminal Acts perpetrated by the defendant, and turn over all records/evidence to the Attorney General for the prosecution of the defendant.


VERIFICATION

George E., Luna did personally appear before me with proper identification and is personally known to me as said person, and did place his hand below to this Civil Complaint, and in witness thereto I here and now in my Offical capacity as a bonded NOTARY PUBLIC in and for the State of Texas, Live Oak County, place my hand and Seal in verification thereof, on this 4ᵀʰ day of _____May_____, 2004, Domini.


My Commission Expires On: 4-23-2007

_Nancy A. Litofsky_    5|4|2004
NOTARY PUBLIC - Signature

SEAL:

NANCY A. LITOFSKY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 04-23-2007


Respectfully Submitted,

_George Luna_
George Luna
#54528-066 / JWA
F.C.I. Three Rivers
P.O. Box 4200
Three Rivers, Texas state  78701
-4-

## CERTIFICATE OF SERVICE

This is to Certify that I, George Luna, have sent a true and correct copy of my Civil Complaint to the UNITED STATES FEDERAL COURTHOUSE, BROWNSVILLE TEXAS, at 600 E. Harrison St., room 1158, Brownsville, Texas state, 78520-7114, without delay on this _30_ day of ___July___, 2004 Domini.


George Luna
PRO-SE Plaintiff



C O P Y R I G H T   C L E A R A N C E   C E N T E R ,   I N C .

April 27, 2004


Jorge E. Luna # 54528066
Federal Correctional Institution
P.O. Box 4200
Three Rivers, TX 78071


Dear Jorge,

Thank you for contacting Copyright Clearance Center (CCC). CCC is an organization that provides permissions to photocopy and republish from copyrighted texts on behalf of copyright holders who list their publications with us. West Group has asked us to pass along the following statement in response to requests such as yours:

> "West Group has no objection to individual copies of case law and statutory material contained in our copyrighted publications being copied for use in the preparation of individual legal arguments."

Sincerely,

Pat Johnson
Copyright Clearance Center
Customer Relations

222 Rosewood Drive  Danvers, MA 01923
978-750-8400 Fax 978-646-8600
www.copyright.com

# Appendix
# A

*Law Offices*

# DUFFY & GREEN

JOHN J. DUFFY
JOSEPH P. GREEN, JR.
P.J. REDMOND

SUITE 307
TEN NORTH CHURCH STREET
WEST CHESTER, PA 19380-3059
*Telephone* 610-692-0500
*Facsimile* 610-430-6668

March 23, 1999

Alfonso Ibanez, Esquire
P.O. Box 761055
San Antonio, TX  78245-6055

Re:    *Commonwealth v. Jorge E. Luna*

Dear Mr. Ibanez:

I write to memorialize our fee agreement for the defense of criminal charges brought against Jorge Lune, in Chestre County, Pennsylvania. The Supreme Court of Pennsylvania requires us so to do. A copy of this will be provided for Mr. Luna to read at the Chester County Prison; however, because he is incarcerated, the original is being sent to you for safekeeping, inasmuch as you have paid the retainer that brought us into Mr. Luna's case.

Unlike civil matters, we do not bill in criminal cases or investigations on an hourly rate. Experience dictates that the case be appraised at the outset and a flat fee charged. That fee includes routine expenses and all services provided up to and including trial of the case, if necessary. In this matter, we have agreed that our fee shall be $50,000.00. We acknowledge receipt of $15,000.00.

The fee paid is the retainer we require to secure our entry into the case. It is the figure we compute will compensate our firm for services required to prepare Mr. Luna's case for trial or non-trial disposition and to try the case in court, if necessary. Pre-trial motions and hearings are also included in the fee. The fee does **not** cover representation after the return of a verdict at a trial. If further representation is required at that time we shall discuss additional fees for the services to be provided.

Alfonso Ibanez, Esquire
March 23, 1999
Page Two


Our fee does not include out-of-pocket expenses such as charges for transcripts, court reporters, copying (other than in-house), expert witnesses or private investigators, or costs of computer legal research services and the like. Day-trip travel expenses are included in the fee; overnight travel expenses are not. It is not our practice to pad expense statements and, unless the unusual occurs, what is written here should cover the question of taxing of expenses. If the unusual does occur, we shall seek your approval of the expenditure in advance.

Finally, because our agreement to defend Mr. Luna at this juncture may serve to prohibit us from accepting other engagements in this or allied investigations, we agree to act as counsel with the understanding that our fee shall be non-refundable, except that this provision shall not apply if we unilaterally decide to terminate our attorney-client relationship.

This is more detailed and marked by more lawyer-talk than our chats on the phone and meeting. If you have questions, let's talk. Otherwise, we are going to work.


Sincerely,


John J. Duffy

JJD:pm

UNSWORN DECLARATIONS UNDER PENALTY OF PERGURY

My name is Alfonso Ibanez. My date of birth is March 10, 1944. My social security number is 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. I presently reside at 3403 Lura Ln., San Antonio, Texas. I am presently unemployed.

Prior to 2000 I was a Texas licensed attorney who represented Jorge Luna on several civil cases. Jorge Luna was initially arrested and charged with violating drug laws of the state of Pennsylvania. I was unable to represent him because I was not licensed to practice law in Pennsylvania, so he first got a court appointed lawyer. Later Jorge and I met and he decided to hire Mr. Duffy, a local attorney. At a meeting that I witnessed between Jorge Luna and Mr. Duffy, he agreed to represent Jorge Luna in state and federal court for a fee of $50,000.00. A discussion ensued where Jorge Luna requested from Mr. Duffy a speedy jury trial. Mr. Duffy agreed to Luna's request.

### Declaration

As provided by 28 U.S.C. 1746, I, ALFONSO IBANEZ, declare under penalty of Perjury that the foregoing is true and correct.

Executed on this 26 day of April 2004.


ALFONSO IBANEZ

CERTIFIED
BALANCE
PAID

**TEXAS STATE BANK**

HARLINGEN • McALLEN • WESLACO

3847

**ALFONSO IBANEZ ATTORNEY AT LAW**

TRUST ACCOUNT-IOLTA
110 PECAN
MC ALLEN, TEXAS 78501-4513

84-901
1149

April 19, 19 99

PAY TO THE
ORDER OF        *********JOHN DUFFY*********                                   $***35,000.00***

***********THIRTY-FIVE THOUSAND & 00/100*****************************  DOLLARS

Our File No.  99-008
Our Client:  Jorge Luna
Attorneys Fees

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

Alfonso Ibanez

⑆003847⑆ ⑉114901901⑉ ⑆401567⑈



# Appendix
# B



# SANDY STEVENS
## Certified Document Examiner

**35-43 84TH STREET, SUITE 327 • JACKSON HEIGHTS, NY 11372**
**TELEPHONE: [718] 429-5998 • FAX: [718] 429-0814**

## December 16, 2000

RE: George Luna AKA Jorge E. Luna,
6N  54528066
FDC Philadelphia
P.O. BOX 562
Philadelphia, PA 19105


To Whom It May Concern:

After carefully studying the document in question: A letter from the U.S. Department of
Justice dated July 19, 1999, and after carefully comparing the Denied Signature of George
Luna on page 2 with 47 Standards of the handwriting of George Luna:

39 Signatures written in a row on July 7, 2000.

And the following prior written cancelled checks:

# 888 - 6/27/97, # 883 - 6/25/97, # 716 - 5/8/97, # 560 - 3/7/97,
# 840 - 8/25/99, #806 - 8/25/99, # 472 1/30/97, and # 454 - 1/24/97.

It is my professional opinion that the Denied Signature of George Luna in fact was not
written by George Luna.

After carefully comparing the Denied Signature of George Luna with 2 Standards of the
handwriting of John J. Duffy on two documents dated July 19, 1999, it is my professional
opinion that the Denied Signature of George Luna was written by attorney, John J. Duffy.

I have created 3 sets of Exhibits just in case one ends up missing.

One set is enclosed and I'll hold onto the second set and original documents.

Yours truly,

Sandy Stevens  AKA *Frank Stevens.*

Sandy Stevens   *ember 18, 2000*

STATE OF NEW YORK
COUNTY OF QUEENS // SS

SWORN TO BEFORE ME THIS *13* DAY
OF *DECEMBER 2000*

NOTARY PUBLIC

JORGE LUNA (54528-066)
FEDERAL DETENTION CENTER-PHILA
PO BOX 562 - UNIT 6 NORTH
PHILADELPHIA, PA 19105-0562

DANIEL L McCAUGHAN, ESQ
64 E UWCHLAN AVE, STE 443
EXTON, PA 19341

March 19, 2001

Dear Mr. McCaughan:

It has been several months since I last heard from you with any updated information pertaining my case against John J Duffy, my previous Criminal Attorney. Therefore, I am motivated to contact you with this letter.

I am concerned as to at what point we are with this said case. Additionally, what if anything has been done as per filings with the Court in the line of a Civil Suit? You are aware that there is in fact a time-limit to do so. Can you send me a copy of what has been filed to the Court at this time? Civil and or Criminal complaints.

As you will recall, both Kathleen R. and yourself has informed me that you have been advised to "back-off" and not pursue the said case against John Duffy. Please reassure me that you are not taking this advise, and you are in fact filing the complaints I have retained you for, as per our contract.

Please be advised that I have every intention of following through with both the Civil and Criminal Charges against Mr. Duffy, and because of his unprofessional behavior, I have spent a lot of additional time waiting in Prison. What he did is not only unconstitutional, but also unethical, and only paints an unrealistic

picture for those other ethical attorneys out there. Being a re-
spected lawyer yourself, you must agree with my stand for justice.
The behavior that Mr. Duffy demonstrated by this forgery is a
prime example of the type of corruption that should not be tolerated
by this system of "Justice". Furthermore, the State Prosecution as
well as the U.S. Attorney are all a part of this manipulation pro-
cess.

Please contact me promptly, as I must know at what point we
are at presently with this case. I expect that I will be hearing
from you soon.

Very Respectfully,

Jorge Luna

cc:File.

# Appendix
# C



# Chester County Bar Association

15 West Gay Street, 2nd Floor - P.O. Box 3191
West Chester, Pennsylvania 19381-3191

Telephone: (610) 692-1889
*Fax: 610-692-9546*

March 8, 2002

Jorge Lunn
PO Box 562
Philadelphia, PA 19105

*Federal Detention Centre Office*
*#545 270 66*

**IN RE:**     **Luna/Duffy (L)**
              **FEE DISPUTE FILE #05-02**

Dear Mr. Lunn:

We acknowledge receipt of your completed Fee Dispute Committee Complaint Form, which you executed on February 8, 2002, and received in our office concerning the fee of John J. Duffy, Esquire.

The initial procedure is to have the matter referred to a mediator in an effort to resolve the dispute. This matter has been assigned to the following attorney-member of the CCBA Fee Dispute Committee who will be in touch with you shortly:

**Jamie W. Goncharoff, Esquire**
**14 North Church Street**
**West Chester, PA 19380**
**(610) 436-9700**

In the meantime, if you have any questions, please feel free to give me a call.

Sincerely,

**Janet Gregg**
**LRS Administrator**

jg

cc:     George J. D'Ambrosio, Esquire, Chair
        CCBA Fee Dispute Committee
        Jamie W. Goncharoff, Esquire
        John J. Duffy, Esquire

*Law Offices*
# Jamie W. Goncharoff
*Attorney at Law*

14 North Church Street                    Telephone: (610) 436-9700
West Chester, Pa. 19380                    Facsimile: (610) 436-9016

March 12, 2002

John J. Duffy, Esquire                Mr. Jorge Luna
Duffy & Green                         I.D. #54528066
10 N. Church Street, Suite 307        Federal Detention Center
West Chester, PA 19380                P.O. Box 562
                                      Phila., PA 19105

<u>Re</u>:    Fee Dispute

Dear Gentlemen:

 I have been requested by the Chester County Bar Association to serve as a volunteer mediator to attempt to resolve the fee dispute which has arisen as a result of the Fee Dispute Complaint Form filed by Mr. Luna against Mr. Duffy. A copy of the Fee Dispute Complaint Form is attached hereto for your reference.

 Please note that in my volunteer capacity, I am not acting as an attorney for either of you gentlemen and my efforts will only include trying to negotiate a resolution of the complaint. I have been asked to attempt to mediate this matter within thirty (30) days or April 8, 2002. To this end, I would request that you gentlemen send me any documentation by April 1, 2002, that you would like me to consider, but I would request that any documentation sent to me also be sent to each other. Thereafter, I will attempt to contact both of you gentlemen by telephone to discuss this matter. Mr. Luna, please provide me with a telephone number. If a three-way telephone conversation may be beneficial, I will attempt to coordinate that after April 1, 2002.

 In the event that for any reason I am unable to mediate a resolution to this dispute by April 8, 2002, I will notify the Chester County Bar Association

John J. Duffy, Esquire
Mr. Jorge Luna
March 12, 2002
Page Two

accordingly, and my involvement would then conclude.  I look forward to trying to resolve this matter in a fair manner.

Very truly yours,

Jamie W. Goncharoff

JWG:ddk

Enclosure

cc:    George J. D'Ambrosio, Esquire, Chair
        CCBA Fee Dispute Committee
        Janet Gregg, LRS Administrator, CCBA

# Appendix
# D

DISTRICT II
Disciplinary Counsel-in-Charge
Raymond S. Wierciszewski

Disciplinary Counsel
Alan J. Davis
Barbara S. Rosenberg
Suzy S. Moore
Harold E. Ciampoli, Jr.
Tejal Mehta



# THE DISCIPLINARY BOARD
## OF THE
## SUPREME COURT OF PENNSYLVANIA



## OFFICE OF DISCIPLINARY COUNSEL

Paul J. Killion
Chief Disciplinary Counsel

Paul J. Burgoyne
Deputy Chief
Disciplinary Counsel

820 Adams Avenue
Suite 170
Trooper, PA 19403
Telephone: (610) 650-8210
Fax: (610) 650-8213
www.padisciplinaryboard.org

March 4, 2004

### PERSONAL AND CONFIDENTIAL

George Luna
#54528-066 JW-A
Federal Correctional Institution
P.O. Box 4200
Three Rivers, TX 78071

> RE:   John J. Duffy, Esquire

Dear Mr. Luna:

Your February 2, 2004 letter to the Chester County Bar Association was forwarded to this office.

Under the rules of Supreme Court of Pennsylvania, this office, with few exceptions not relevant to your request, is prohibited from disclosing information regarding complaints that do not result in the imposition of public discipline.

Please be advised that Mr. Duffy does have a record of public discipline. He was placed on temporary suspension in January 1974 in connection with his 1973 convictions in the Court of Common Pleas of Chester County on one count of conspiracy to do an unlawful act and one count of assault and battery. In March 1977, the Supreme Court of Pennsylvania entered a final Order suspending Mr. Duffy for a period of two years and nine months for the above-referenced convictions and his 1974 federal court convictions on three counts of failure to file income tax returns. The final Order was made retroactive to the 1974 Order placing Mr. Duffy on temporary suspension.

George Luna
March 4, 2004
Page 2

    Mr. Duffy was reinstated to the practice of law in the Commonwealth of Pennsylvania in May 1977. He currently is an active member in good standing.

                         Very truly yours,

                         Raymond S. Wierciszewski
                         Disciplinary Counsel-in-Charge

RSW:

# Appendix
# E

*Law Offices*
# DUFFY GREEN & REDMOND

JOHN J. DUFFY
JOSEPH P. GREEN, JR.
P.J. REDMOND

————•—•————

JOHN A. DISANTIS
*Of Counsel*

SUITE 307
TEN NORTH CHURCH STREET
WEST CHESTER, PA 19380-3059
*Telephone* 610-692-0500
*Facsimile* 610-430-6668

March 14, 2002

Jamie W. Goncharoff, Esquire
14 North Church Street
west Chester, PA 19380

### *Re: Luna Fee Dispute*

Dear Mr. Goncharoff:

I write on behalf of Mr. Duffy to respond to Mr. Luna's fee dispute complaint. We have no intention of returning one dime to Mr. Luna.

This non-refundable fee agreement was negotiated by Mr. Duffy and Alfonso Ibanez, Esquire,  Mr. Luna's lawyer in Texas. The non-refundable fee agreement was outlined and confirmed in our original fee letter sent to Mr. Ibanez, and copied to Mr. Luna for his review. We enclose a copy of that letter for your review.

Mr. Luna's original complaint came to us from Daniel L. McCaughan, Esquire. A copy of his letter of November 1, 2000, is also enclosed for your review, along with our response dated November 10th. Our response sets forth the operative facts.

If you think that mediation has any prospect of success, we are willing to participate. But to be frank, we have no intention of agreeing to the return of any amount of money.

Very truly yours,

Joseph P. Green, Jr.

JPGjr/pcl

cc:    Mr. Jorge Luna

APPENDIX
"F"

Uniform Commercial Code
P.O.Box 13193
Austin,Texas 78711-3193



Geoffrey S. Connor
Secretary of State

Office of the Secretary of State
**Packing Slip**

**July 15, 2004**

Page 1 of 1

Jorge E Luna
#54528066 Unit Jim Wells A
PO Box 4200
Three Rivers, TX 78071

**Batch Number:** 6485280

**Client ID:** 84891656

**Batch Date:** 07-13-2004

**Return Method:** Mail

**Phone No:**                    -

| Document Number | Document Detail | Filing Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 64852800002 | Nonstandard Form Fee | 04-0074659742 | 16 | $15.00 |
| 64852800002 | Transmitting Utility | 04-0074659742 | 16 | $15.00 |
| | | **Total Document Fees** | | **$30.00** |

| | |
|---|---|
| **Total Amount Charged to Client Account** | $30.00 |
| **Total Amount Credited to Client Account** | $0.00 |

*Note:*  This is not a bill. Please do not send any payments until the monthly statement is received.
Any amount credited to Client Account may be refunded upon request.
Refunds (if applicable) will be processed within 10 business days.
Acknowledgement of Filing Document(s) (if present) is attached.

User ID: BMORGAN

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

Uniform Commercial Code
P.O.Box 13193
Austin,Texas 78711-3193



Geoffrey S. Connor
Secretary of State

# Office of the Secretary of State

07/15/2004
Page 1 of 3

| | |
|---|---|
| Filing Fee: | $15.00 |
| Non-Standard Form Fee: | $15.00 |
| **Total Filing Fee:** | **$30.00** |

Jorge E Luna
#54528066 Unit Jim Wells A
PO Box 4200
Three Rivers TX 78071

Re: **Texas UCC Initial Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Transmitting Utility**

Initial Filing Number: **04-0074659742**     Filing Date: **07/13/2004**     Filing Time: **5:00 p.m.**

Lapse Date: **N/A**                          Document Number: **64852800002**

| Party Type | Party Name and Address |
|---|---|
| Debtor | **DUFFY JOHN J.** |
| | **10 CHURCH ST NO 307, WEST CHESTER, PA, USA, 19308** |
| Debtor | **DUFFY, GREEN, & REDMOND ATTORNEYS AT LAW** |
| | **10 CHURCH ST NO 307, WEST CHESTER, PA, USA, 19308** |
| Debtor | **CARROLL JOSEPH W.** |
| | **2 N HIGH ST STE 1, WEST CHESTER, PA, USA, 19308** |
| Debtor | **MEEHAN PATRICK L.** |
| | **615 CHESTNUT ST STE 1250, PHILADELPHIA, PA, USA, 19106-4476** |
| Debtor | **SYKES CHRISTINE E.** |

**615 CHESTNUT ST STE 1250, PHILADELPHIA, PA, USA, 19106-4476**

Debtor                  **WALDRON MARCIA M.**

**601 MARKET ST, PHILADELPHIA, PA, USA, 19106**

Debtor                  **MC COLGIN DAVID L.**

**STE 540 WEST; CURTIS BLDG INDEPENDENCE SQUARE WEST, PHILADELPHIA, PA, USA, 19106**

Debtor                  **MARTINEZ THOMAS**

**2 MOXLEY LANE, AVONDALE, PA, USA, 19311**

Debtor                  **VESSELIZA ROBERT**

**2 MOXLEY LANE, AVONDALE, PA, USA, 19311**

Secured Party           **LUNA JORGE EMIGDIO**

**P O BOX 922, WESLACO, TX, USA, 78596**

Secured Party           **LUNA VERONICA M.**

**P O BOX 922, WESLACO, TX, USA, 78596**

Secured Party           **PETERSEN DANIEL E.,**

**P O BOX 4200, THREE RIVERS, TX, USA, 78071**

Secured Party           **PRESLEY TYREN SCOTT.,**

**P O BOX 4200, THREE RIVERS, TX, USA, 78071**

Secured Party           **GREBE JACK ABBOTT Jr**

**P O BOX 4200, THREE RIVERS, TX, USA, 78071**

Please feel free to contact us at  512-475-2705 if you have any questions regarding the above information.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**04-0074659742**
**07/13/2004 05:00 PM**

**FILED**
TEXAS SECRETARY OF STATE
SOS

64852800002

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
Jorge E., Luna  [54528-066]
C/O: P.O. Box 4200 JW A
Three Rivers, Texas state
[near 78071]
united States of America
```

16

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| DUFFY | JOHN | J. | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 10 Church Street  #307 | West Chester | PA | 19308 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR Duffy, Green, & Redmond   Attorneys at Law | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 10 Church Street  #307 | West Chester | PA | 19308 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION Private | 2f. JURISDICTION OF ORGANIZATION State | 2g. ORGANIZATIONAL ID #, if any unknown | NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Luna | Jorge | Emigdio | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. Box 922 | Weslaco | Tex. | [78596] | uSA |

4. This FINANCING STATEMENT covers the following collateral:

This FINANCING STATEMENT covers the following collateral, the DEBTOR(S) as a TRANSMITTING UTILITY is herewith Entered in the Commercial Registry, and the following property is herewith registered in the Commercial Registry, Special Private Security, "True Bill!" #7002 2410 0005 6862 5428, filed with the Clerk and Recorder in and for Justus township, Garfield county, Country of Montana, filed on 7 July 2004, at 1:15 PM, Docket No. C1-0096-JT-07-13 et al. 9-pages; Default and Entry of Judgment on the above Special Private Security, Served by Certified mail of necessity, No. 7003 2260 0002 0431 8178, filed as above stated, 3-pages, Total pages (12). All the Above is accepted for Value and as Value and is Exempt from Levy. All proceeds, products, accounts, and fixtures, and the ORDER'S therefrom are released to the Secured Party(ies). Adjustment for this filing is from House Joint Resolution 192 of June 5, 1933 and Uniform Commercial Code Sections 1-104 & 10-104. Registry, Returning collateral to the promised performance under offer to the Secured party(ies) Private Registry for use and collection.  ----nothing follows ----

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. [X] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

Secured Party/Creditor  *Jorge E. Luna*

Common Law copyrighted signature
— 1959 —

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

#1

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₃

O F F I C I A L  U S E

[Luna, Jorge E] 54528-066

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

THREE RIVERS TX 78071-9718
Postmark Here
JUL 2 2004
USPS

7003 2260 0002 0431 8178

Sent To  John J. Duffy Attorney at Law
Street, Apt. No.;
or PO Box No.  10 church St #307
City, State, ZIP+4  West Chester, PA 19380

PS Form 3800, June 2002          See Reverse for Instructions

---

Jar Wells R Luna

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John J. Duffy
Attorney at Law
10 N. Church St, #307
West Chester, PA 19380

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Catherine Taylor    ☐ Agent  ☐ Addressee
B. Received by ( Printed Name)    C. Date of Delivery
7/1/

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
*(Transfer from service label)*    7003 2260 0002 0431 8178

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

```
1    From: Jorge E., Luna [54528-066]
2          C/O: P.O.Box 4200 JW A
3          Three Rivers, Texas state
4          [near 78071]
5
6                                        N O T I C E
7
8    TO: Duffy, Green and Redmond
9        C/O: John J. Duffy
10       10 N. Church St. Ste. 307
11       West Chester, Pa. 19380-3059
12
13   Certified Mail No.  7003 2260 0002 0431 8178
14
15
16
17              Common Law Affidavit Default and Entry of Judgment
18
19
20
21   Recorder's Seal:                Docket Number: CL-0096-JT-07-13, et al.
22                                   Date: 7 July 2004
23                                   Time: 1:15 Pm
24                                   By: _____
25                                   For: Rodney Owen, Clerk and Recorder in
26                                   and for Justus township, Montana state,
27                                   original exclusive venue and jurisdiction
28
29   Justus township  )              In Law Affidavit of Default, by Jorge E.
30   Garfield county  ) s.s.         of the house of Luna of necessity,
31   Montana state    )              Creditor(s) in Relation to CL-0096-JT-07-13,
32   u.S. of America  )              et al., in support of Private Security
33                                   Agreement "True Bill" #7002 2410 0005 6862
34                                   5428 to wit:
35
36       Jorge E., Luna, Creditor, Private, Man of "We The People of the
37   Posterity" does here and now affirm and present in "good faith" as de jure
38   per curiam and Creditor in Law and in fact, in and for Justus township,
39   Garfield county, Country of Montana state of Yahweh's Kingdom on earth,
40   "without the United States" and its/your Buck Act State(s) of ....; NOTICE
41   Default upon special Private Security #7002 2410 0005 6862 5428 and Entry
42   of Judgment, of necessity in Law, by "nihil dicit", (They/ He/ She says
43   nothing), by accommodation signature by your own District of Columbia
44   Code/Uniform Commercial Code § 3-419, to wit.
45
46       Debtor(s) are John J. Duffy and/or JOHN J. DUFFY, Joseph W. Carroll
47   III and/or JOSEPH W. CARROLL III, Patrick L. Meehan and/or PATRICK L.
48   MEEHAN, Christine E. Sykes and/or CHRISTINE E. SYKES, Marcia M. Waldon
49   and/or MARCIA M. WALDON, David L. McColgin and/or DAVID L. MCCOLIGN, Thomas
50   Martinez and/or THOMAS MARTINEZ, Robert Vesseliza and/or ROBERT VESSELIZA,
51   PENNSYLVANIA STATE, UNITED STATES a federal corporation individually and
52   spouse (if applicable) and as de jure Corporated and public and private
53   entities, by and through their agent John J. Duffy, of necessity in Law,
54   all subjects, citizens, officers, agents, and/or employees
55   past/present/future of the DEBTOR(S) are in fact and in Law "debtors", See
```

UCC F.S.-4 "Private Security Agreement"/"Private True Bill" attached hereto and made apart thereof by this reference, as originally presented in "good faith" by Certified mail of necessity # 7002 2410 0005 6862 5428 and is now accepted on the 7ᵗʰ day of July , 2004, Domini, at (Time) 1:21 P., by the office and Clerk and Recorder in and for Justus Township, (12 pages) by this non-standard Form, non-negotiable presentment in "good faith" as acknowledged by your own charter at Article IV, Section 1, "full faith and credit" clause and at your own District of Columbia Code (DCC) Title 28 at §28:1-101 creating "estoppel" at §28:1-103.

THEREFORE: All Debtor(s) are in Default and Judgment is Entered, with order and decree to pay full accord and satisfaction in Law within three (3) days of this presentment non-negotiable in "good faith" presentment upon said Debtor(s) in fact! Thereafter the entire amount of the Bill of Assessment becomes due and owing upon demand. Notice to one is Notice to all. Notice is here and now given. Judgment is Entered Res Judicata.

So Ordered, FINAL DECREE Entered upon Default this true, correct, certain, complete and final decree in Form of Affidavit under penalty of Law "non-standard Form", "non-negotiable", this 7ᵗʰ day of July , 2004, Domini. Res judicata, teste miepso.

Notice is given, Public Notice

"without recourse" -1942-
Daniel E., Petersen Secured party
Creditor, Justice'

per curiam
Seal :

"without recourse"
Rex Tyren Scott., Presley Secured Party
Creditor, Justice'

"without recourse"
Jack Abbott Grebe Jr. Secured Party
Creditor, Justice'

pre curiam
Seal :

"without recourse"
Jorge E., Luna Secured Party/Creditor

-2-

## AFFIDAVIT OF SERVICE

Jorge E., Luna, does here and now give NOTICE by affidavit that the Mail enclosed herewith and is identified as follows:

U.C.C. F.S. -4 "True Bill"; U.C.C. F.S. -1 "Lien"; NOTICE; Notice of Default and Entry of Judgment,

all mailed postage pre-paid and affixed to the following address:

Duffy, Green & Redmond
Attn: John J. Duffy
10 N. Church St. Ste.307
West chester, Pennsylvania state
19308-3059


So done, AFFIRMED and NOTICED to the addressee as stated, agent for all other interested parties, presented under penalty of Law, true, correct, certain, complete and final this _7th_ day of _July_, 2004, Domini. teste meipso.

"without recourse"

_Jorge E., Luna_
Jorge E., Luna Affirming

```
1  FROM: Jorge E. Luna [54528-066]
2        C/O P.O. Box 4200 unit Jim Wells-A
3        Three Rivers, Texas State
4                    [near 78071]
5
6
7                                          NOTICE
8  TO:  Duffy, Green & Redmond
9       10 N. Church St. Ste. 307
10      West Chester, Pa.
11                 19380-3059
12
13 Certified Mail No. 7002 2410 0005 6862 5428
14
15     Jorge E. of the House of Luna, Aggrieved  Party  (AP) does  here and  now
16 present  "good  faith"  NOTICE that the enclosed special private documented
17 securities  are  presented  in  the  interest  of  substantive  justice.  The
18 documents  are  compelling  upon  each  and  every  Debtor  stipulated therein as
19 to  the  conditions  stipulated  therein  without  exception.
20
21 AP  does  here  and  now  stipulate  that  NOTICE  to  one,  is  NOTICE  to  all Debtors
22 without exception.
23
24 Therefore:  It  is  compelling  upon  you  and  all  of  you  that  you  should act
25 according  to  the  "good  faith"  rules  of  administrative  prudence  without fail.
26
27 So  done,  NOTICE  and  AFFIRMED  this  NOTICE  in  AFFIDAVIT  non-standard  Form,
28 non-negotiable  is  presented  true,  correct,  certain  and  final  binding upon
29 all  parties  until  full  satisfaction  and  accord  is  made.  So  presented this
30 15th  day  of  June        ,  2004,  by  postage  pre-paid  (of  necessity under
31 t.d.c.)  to  the  TO:  addressee.
32
33
34
35                                    Jorge E. Luna
                                      Jorge E. Luna - Affirming
36
37
38
39
40 c.c.
41
42
43
44
45
46
47
48
49
50
51
52
53
54
55
```

## P R I V A T E   S E C U R I T Y   A G R E E M E N T

## U N D E R   S E A L

## Y A H W E H   R U L E S ! ! ! !

U.C.C. Commercial Lien, FS-4 non-standard
Form, Private Security Agreement, Private
True Bill by Bargain of the Parties, Common
Law Venue, <u>Craig v Missouri</u>, 29 US (IV Pet.)

I/We, John J. Duffy and/or JOHN J. DUFFY, Joseph W. Carroll III
and/or JOSEPH W. CARROLL III., Patrick L. Meehan and/or PATRICK L. MEEHAN,
Christine E. Sykes and/or CHRISTINE E. SYKES, Marcia M. Waldon and/or MARCIA
M. WALDON, David L. McColgin and/or DAVID L. MCCOLGIN, Thomas Martinez and/or
THOMAS MARTINEZ, Robert Vesseliza and/or ROBERT VESSELIZA, PENNSYLVANIA STATE,
UNITED STATES a Federal Corporation, individually and spouse (if applicable)
and as de jure Corporate and Public entities, Hereinafter DEBTOR(S), by and
through our agent, John J. Duffy do attest these facts in this non-negotible
bona fide "True Bill" U.C.C. /FS-4 Private Security agreement under the
principal of "ignorance of the Law is no excuse", and, therefore, by these
due Presentments for acceptance without dishonor under U.C.C. § 1-103 through
undue Influence, Duress, Coersion, Mistake, Threats, Misrepresentation, Fraud,
Principal and Agent, Law of Contracts, Estoppel, "Bankruptcy" and other
validating or invalidating causes and by our supremacy Common Law Venue
original and <u>exclusive</u> jurisdiction (applicable Law under U.C.C. § 1-105
N.I.L.) by parties power to choose herein contain agree individually, and
jointly and severally as follows:
I/We, DEBTOR(S) in fact freely admit that sometime during the latter
half of the twentieth century and continuing into the twenty-first century,
while I/We was/were/are employed as a non-registered foreign
agent/agency/alien(s) for the private Corporation(s), UNITED STATES a Federal
Corporation, and all subsidiary agent(s)/agency(ies), employees
past/present/future, I/We did do on an ongoing basis by fraudulent means
Trespass upon the exempt special private character of: Herminia D. Valdez,
and any/all bona fide biological offspring, Jorge E. Luna, and any/all bona
fide biological offspring, Daniel E., Petersen, Rex Tyren Scott., Presley,
and mumurous others of "Freeman" character, beneficiaries of the organic,
original Constitution <u>For</u> the United States of America, as set forth by the
stipulations of "We the People", 1787, built upon the original Declaration
of Independence. 1776, and subsequently of equal weight, "The Bill of Rights",
1792,. Trespass has been in the form of: Breach of Contract, Extortion, Fraud,
and numourus additional Criminal Acts Constituting Treason and Sedition
against the Life, Liberty, Private Property and Happiness of the aggrieaved
Pary(ies) and others this paragraph set forth hereinafter called Creditors.
I/We DEBTOR(s), in fact, do freely admit that pursuant to the above
stated acts committed by us, DEBTOR(S) in concert with others, our intent
was to willingly participate in our knowing, and intentional acts of
protecting the private corporation(s) fronted in America by the Federal
Reserve Bank, its international shareholders through acts of comlicity with
our private corporation agencies known as UNITED STATES, UNITED NATIONS,
UNITED STATES DISTRICT COURT, all Executive, Legislative, and Judicial
branches of the de facto corporation known as UNITED STATES, and
co-conspirators identified with the de facto War Powers military taxing
districts organized under the Buck Act to occupy the States wherein "We The
People of the Posterity" live. Our criminal trespasses with impunity committed
with out any Law in organic, original, exclusive venue and jurisdiction
providing for authority to act in the manner for which we are accountable.
I/We, DEBTOR(S), did commit our criminal acts and directly to the compelling
organic Law in organic, original, exclusive venue and jurisdiction de jure,

-1-

1776, 1787, 1791.

I/We, DEBTOR(S), in fact do further freely admit that I/We either knew or should have known that I/We are bankrupts and that therefore I/We are precluded from stating, holding or enforcing any claim(s) of any kind whatsoever, in any venue or jurisdiction whatsoever, for any reason whatsoever, against our Master(s), Secured party(ies)/Creditor(s) one, any or all.

I/We, DEBTOR(S) in fact, declare that I/We either knew or should of known that all beneficiaries of the organic, original exclusive venue and jurisdiction who have suffered as a result of the trespasses heretofore stipulated, hereinafter, Creditors, are not, nor never were the "statutory civil persons" contemplated in our assertive criminal acts involving the malfeasance heretofore described, to perpetrate a frivolous malicious claim in contemplation of the scheme to secure in the life, liberty, private property and happiness of the creditors by means of a ponzi scheme designed to unjustly enrich us and our crime syndicate of foreign principals, whose primary goal is the violent overthrow and enslavement of "We The People of the Posterity" and the de jure Republican form of self-government. My/Our knowing acts combined with my/our seditious acts born in ignorance all clearly a slander, libel and trespass upon my/our Master(s), Creditor(s), Secured party(ies) heretofore stipulated, "without the UNITED STATES," a federal corporation where my/our only limited immunity scheme had formerly protected us from the accepted means of justice.

### Judgment

I/We, DEBTOR(S) in fact, do declare, attest and acknowledge by this presentment in "good faith" of this "Private Security Agreement", private "True Bill", that I/We and our entire confederation did knowingly, willfully, with malicious intent and forethought damage our Master(s), Creditor(s), the secured party(ies) herein beneficiary(ies) of the organic, original, exclusive venue and jurisdiction, 1776, 1787, 1791, the good and lawful "People of the Posterity" in and for Justus township, therefore, I/We, DEBTOR(S), do of our own accord and freewill agree to pay to our Master(s), Creditor(s), the secured party(ies) in the sum certain amount of; One Hundred Million Dollars of Money, gold and silver minted Coin, to each and every Creditor/Secured Party herein, "Plus" One Million Dollars of Money, gold and silver minted Coin, for each and every Creditor/Secured party, for each and every day that any trespass of any kind whatsoever is imposed on any one of the Creditor(s), Secured Party(ies), all claims and charges stipulated in this "True Bill" are bona fide judgments, the supreme agreement, bargain of the parties indisputable a lien "In Law" in any and all venues and jurisdictions whatsoever without any defense of any kind whatsoever for (100) one-hundred years, and renewable for term against each, every and all DEBTOR(S), their heirs and or assigns, and so stipulated non-negotiable, and I/We DEBTOR(S), in fact do declare, attest and acknowledge NOTICE has been given to us, by our own acknowledgement in this presentment and further acknowledge and unconditionally accept and agree that this in Law, Common Law Lien is binding upon all collateral as so clearly stipulated on the face of U.C.C./F.S.-1, Private "True Bill", contained herein, all made a part herein in the entirety by this reference.

I/We, DEBTOR(S), in fact, agree, in fact beg, and accept unconditionally, for the heinous Crimes I/We, DEBTOR(S) have commited against the aggrieved

-2-

parties, our Master(s), Secured party(ies), Creditor(s), to be judged by the laws of Yahweh as set forth in the holy scriptures, before a true court of Law established by the aggrieved party(ies) stated herein, I/We DEBTOR(S) in fact, also agree whatever our Master(s), Secured party(ies), the true Creditor(s) decide is the correct punishment for I/We DEBTOR(S) for my/our criminal activity(ies) is fully binding upon us and all our heirs, I/We further attest and agree unconditionally that the punishment handed down by the aggrieved party(ies), is without appeal of any kind whatsoever, in any venue or jurisdiction whatsoever, and is to be fully executed within (1) one-hour of their presentment to us, as it is written, so shall I/We agree it be done.

I/We DEBTOR(S) in fact do agree without any reservation whatsoever ' that all presentments by the Crditor(s), Secured party(ies) their agents, heirs or assigns stand supreme in each, every and all venues, in every instance, as duly presented henceforth until full satisfaction and accord is made without any exception, no excuses withstanding.

I/We DEBTOR(S) in fact, do agree without any reservation whatsoever on our part or any of our confederates part that we have no standing nor cause whatsoever which may impede collection of any and all collateral of any description whatsoever, located in any jurisdiction whatsoever, in any venue whatsoever from full or partial collection until full satisfaction and accord is made for all now due and owing herein, henceforth and forever more, Res judicata.

I/We DEBTOR(S) in fact, do agree without any reservation whatsoever that this proceeding is a re-affirmation of the bona fide true and attest fact that the special Private Securities perfected under process and Identified by I.D. No's Z521 943 749/CL 0096 JT 07 13/October 16. 1998;7099 3220 0002 2951 4124 / CL 0096 JT 07 13/July 24, 2000; 7099 3220 0002 2951 6975/CL 0096 JT 0096 07 13/  April 18, 2001; 7099 3220 0002 2951 9761/CL 0096 07 13/July 1, 2001; 7099 3220 0002 2951 9372/CL 0096 JT 07 13/July 1, 2001; 7099 3220 0002 2951 9389/CL 0096 JT 07 13/July 1, 2001; 7099 3220 0001 8950 4654/CL 0096 JT 07 13/August 25, 2001; 7099 3220 0001 8950 4685/CL 0096 JT 07 13/August 25, 2001; 7099 3220 0001 8950 4692/CL 0096 JT 07 13/August 25, 2001; 7099 3220 0001 8950 4715/CL 0096 JT 0713/ August 25, 2001; 7099 3220 0001 8950 4708/CL 0096 JT 07 13/August 25, 2001;  7099 3220 0001 8950 4647/CL 0096 JT 07 13/August 25 2001; 7099 3220 0001 8950 4630/CL 0096 JT 07 13/August 25, 2001; 7099 3220 0001 8950 4678/CL 0096 JT 07 13/ August 25, 2001; 7099 3220 0001 8950 4661/CL 0096 JT 07 13/August 25, 2001, are perfect true and attest securities wherein the Creditor(s), Secured party(ies) herein are secured as stipulated therein without any exception whatsoever and further without any alternative whatsoever the judgments established thereby are fully binding upon us, our heirs and or assigns until full satisfaction and accord is made. All Special Private Securities herein stipulated are made a part in these proceedings in their entirety without any exception of any kind whatsoever and so affirmed in each and every venue and jurisdiction without any exception whatsoever.

I/We DEBTOR(S) in fact, do here and now attest, affirm and without any reservation whatsoever agree by this "good faith" presentment, Private Security Agreement, private "True Bill" that I/We DEBTOR(S) are the proper agent for any and all debtor parties in fact, for I/WE DEBTOR(S) in fact are agents for the confederation jointly and severally and acceptance by one is acceptance for all without any exception of any kind whatsoever, without any reservation of any kind whatsoever, bona fide "NOTICE" and

1    "ACCEPTANCE", due course in law of this "good faith" presentment, Private
2    Security Agreement, Private "True Bill", and further I/We DEBTOR(S) and/or
3    our confederates, debtors in fact, fail to answer this presentment ourselves,
4    DEBTOR(S), line upon line, precept upon precept, within ten (10) days of
5    presentment by certified (of necessity under T.D.C.) mail 7002 2410 0005 6862 5428
6    under the principle of "nihil decit", (he/she/they say nothing) I/We DEBTOR(S)
7    in fact, by our acceptance by in or through any one of us, without any
8    reservation whatsoever, agree unconditionally that silence is acquiescence,
9    is without reservation fully binding upon us, our entire confederation, debtors
10   in fact, pursuant to Uniform Commercial Code (U.C.C.); wherein our Master(s),
11   Creditor(s), Secured party(ies), their bona fide agents, heirs or assigns are
12   entitled to all remedy as codified at U.C.C. § 1-102 at (34) and (36); and
13   that Secured party(ies), their bona fide agents, heirs or assigns, the
14   Creditor(s), Secured party(ies) in fact and Law, have an absolute duty to sign
15   by accommodation pursuant to U.C.C. § 3-415, "without recourse", U.C.C. §
16   1-207, of necessity, in any capacity as needed; so affirmed by our acceptance
17   by or through any one of us whomsoever, our silence our assent binding us over
18   without any reservation of any kind whatsoever to this Private Security
19   Agreement, bargain of the parties, private "True Bill", so certified and
20   affirmed by us, DEBTOR(S) in fact's failure to answer within the mandated time
21   limited, so clearly herein stipulated supra. Default will be entered pursuant
22   to this "good faith" non-negotiable Private Security Agreement, private "True
23   Bill", in the interest of substantive justice, regardless of all lamentations
24   thereafter. SO BE IT!
25
26      I/We DEBTOR(S) in fact, without any reservation whatsoever do agree that
27   our failure to timely answer any or "all" issues duly presented by Secured
28   party(ies), their bona fide agents, heirs or assigns are, may and shall, as
29   needed sign by accommodation these non-standard Form, non- negotiable FS-1,
30   FS-4 Forms and any and all others in expedition hereof.
31
32      I/We DEBTOR(S) in fact, by our own free will choose to wave any and all
33   requirement(s) for any and all publication without any exception of any kind
34   whatsoever. NOTICE, offer and my/our acceptance complete all process wherein
35   the obligation set forth in these proceedings are established as the complete,
36   certain, true and correct bargain of the parties without any exception of any
37   kind whatsoever.
38
39      I/We DEBTOR(S) in fact, without any reservation whatsoever do agree,
40   declare, attest and affirm by this acknowledgment, under the Constitution
41   For the United States of America, by our "full faith and credit clause",
42   that our Master(s), Creditor(s), Secured party(ies), their agents, heirs
43   or assigns have an absolute unalienable Right, duty and lawful authority
44   to draw on this credit by default, by any form of check, draft, order, decree
45   or other documented transfer whatsoever as needed, in Law, in the interest
46   of Justice, in order that they may serve the only "Law-giver" and the living
47   God, "Yahweh", as commanded.
48
49      I/We DEBTOR(S) in fact, without any reservation whatsoever, do agree,
50   declare, attest, and affirm by this acknowledgement that Rodney Owen., of
51   the House of Skurdal, and any duly appointed and bonded clerk and recorder
52   in and for Justus township, Garfield county, country of Montana, as well
53   as duly bonded notary; and/or their bona fide agents/assigns shall be without
54   any reservation whatsoever, full well honor their filings in and for Justus
55   township, garfield county, country of Montana, and under our "full faith

and credit clause" of the Constitution for the United States of America, binding upon the State of Montana, the UNITED STATES, a Federal Corporation, "all venues and jurisdictions without any exception whatsoever and so agreed herein without any reservation whatsoever.

I/We DEBTOR(S) in fact, without any reservation whatsoever, do agree, declare, attest and affirm by this acknowledgement that any and all facts stated supra. are in fact voluntarily affirmed true, correct, certain and complete; as stated in this non-negotiable "good faith" presentment, Private Security Agreement, private "True Bill", non-standard Form, non-negotiable. Res judicata.

teste Meipso this 7ᵗʰ day in the month of _____July_____, in the year Two Thousand Four, before almighty "Yahweh", SO BE IT.

By: _Jorge E. Luna_
DEBTOR(S) agent

_Jorge E. Luna_
Jorge E. Luna - Secured Party/Creditor
and agent for all Secured Parties

Justus township     )
Garfield County     )   s.s. to wit
Countre of Montana  )

Subscribed, attested, and acknowledged by notary this 7ᵗʰ day of the July month, 2004. Domini

_Rex Tiper Scott Teader_  "without recourse"
notary bonded One Million Dollars

−5−

IMPORTANT-READ INSTRUCTIONS ON BACK BEFORE FILLING OUT FORM.

This FINANCING STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code.   Maturity date (if any): _____

RETURN COPY TO: (Name and Mailing Address)

```
Jorge E. Luna  [54528-066]
c/o P.O. Box 4200, Unit- Jim Wells-A
Three Rivers, Texas.
            [near 78071]
```

**State of Pennsylvania**
UNIFORM COMMERCIAL CODE - FINANCING STATEMENT
UNIFORM COMMERCIAL CODE FORM - FS-1
"non-standard Form, non-negotiable"

1. Debtor (Last Name, First, Middle—if an Individual) and Address                                      I.D. No.
   Duffy, Green & Redmond & Spouse et al.
   10 N. Church St Ste. 307                    #7002 2410 0005 6862 5428
   West Chester  Pennsylvania state
                [ near 19380-3059 ]

═══════ SECURED PARTY INFORMATION ═══════

2. Secured Party and Address                                                                            I.D. No.
   Jorge E. Luna [54528-066]  et al.
   c/o P.O. Box 4200, Jim Wells-A
   Three Rivers, Texas state   [near 78071]

3. Assignee of Secured Party (if any) and Address                                                      I.D. No.

═══════ PROPERTY INFORMATION ═══════

4. This Financing Statement covers the following types (or items) of property:

NON/STANDARD NON/NEGOTIABLE (non-federal form)
A Security — 15 U.S.C. This is a U.S.S.E.C. Tracer Flag, not a point of Law.
All personal judgments, any and all license(s), Bonds, insurance, private/public trusts,
Bank accounts, personal and private property (cars, trucks, vehicles, land/real estate,
building(s), livestock, & etc.). Assignment of all stocks, bonds, & certificates of de-
posit, signatures, all tangible and intangible property, and including but not limited
to their Partners assets, all inventory, all retirement accounts (federal and state),
all payments while in public office, all private payments received while our of public
office, all inheritance, all accounts receivable, etc., until full accord and satisfac-
tion has been given to the secured party (paid in full).

Maximum principal indebtedness for PA recording tax purposes is $ _–0–_
This Instrument Prepared By _____

5. Check if this statement is filed without the Debtor's signature to perfect a security interest in collateral
   ☒ already subject to a security interest in another jurisdiction when it was brought into this state or when Debtor's location was changed to this state
   ☒ which is proceeds if the security interest in the original collateral was perfected
   Check ☒ if covered: ☒ Proceeds of Collateral are also covered. ☒ Products of Collateral are also covered.   No. of additional Sheets presented:

Filed with:   Justus township, Garfield county, country of Montana

met by UCC §3-419 Accomidation/surety/guarantor
signature, "without recourse" & "without prejudice"
Comptroller of the Currency for the Department of
the Treasury.
John J. Duffy and spouse et al.
                "without recourse"

"without prejudice" with explicit reservation of all
unalienable Rights, waiving none, ever. UCC 1-207
UCC 1-103, UCC 1-105 (conflict of Laws), UCC 1-207,
UCC 1-106, UCC 1-109, law of the place, law of
                       necessity in Law
Jorge E Luna et al.
                "without recourse"

By: ___ _Jorge E. Luna_                      By: ___ _Jorge E. Luna_
       Signature(s) of Debtor(s)                    Signature(s) of Secured Party

SECRETARY OF STATE ALPHA                     teste meipso this ___ day of ___

═══ THE SPACE BELOW THIS LINE IS RESERVED FOR USE OF FILING OFFICER (DATE, TIME, NUMBER AND FILING OFFICE) ═══

File: _CL-0096-JT-07-13 et al._

Date: _7 July, 2004_

Time: _1:21 PM._

BY: _Rex Tyson Scott, Presley_
For: Rodney Owen. Clerk and recorder in and for
Justus township, Montana state, Circuit of
North America