IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GEORGE LUNA, 54528-066<br>Plaintiff, | : | CIVIL ACTION NO. B-04-CV-133 |
| | : | |
| v. | : | |
| JOHN DUFFY,<br>　　　Defendant | : | Jury Trial Demanded |

## ORDER

On this ___ day of _____, 2004, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, it is hereby ORDERED and DECREED that the Plaintiff's Complaint asserting a claim against John J. Duffy, Esquire, is DISMISSED with prejudice.

BY THE COURT:

_____
Andrew Hanen, District Court Judge