United States District Court
Southern District of Texas
FILED

NOV 1 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GEORGE LUNA, 54528-066 | : | CIVIL ACTION NO. B-04-CV-133 |
| Plaintiff, | | |
| v. | : | |
| JOHN DUFFY, | : | |
| Defendant | | Jury Trial Demanded |

**PROOF OF SERVICE**

This is to certify that in this case complete copies of all papers filed with the Answer of defendant John J. Duffy, with Motion to Dismiss, and Memorandum in Support thereof, have been served upon, all counsel, and Plaintiff by prepaid first-class mail in compliance with R. 25, F.R.A.P. as addressed as follows:

Mr Jorge Luna
54528066 Unit JW-A
Federal Correctional Institute
Post Office Box 4200
Three Rivers, Texas 78071

Respectfully Submitted,

DUFFY GREEN & REDMOND

Date: ___11/11/04___

_P. J. Redmond_
P.J. Redmond, Esquire
10 North Church Street
Suite 307
West Chester, PA 19380
(610) 692-0500
I.D. No. 48862
Attorneys for Defendant, John J. Duffy