IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GEORGE LUNA, 54528-066<br>    Plaintiff, | : | CIVIL ACTION NO. B-04-CV-133 |
| v. | : | |
| JOHN DUFFY,<br>    Defendant | : | Jury Trial Demanded |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel on behalf of Defendant, John J. Duffy, in the above captioned matter.

Respectfully Submitted,

DUFFY GREEN & REDMOND

_P. J. Redmond_
P.J. Redmond, Esquire
10 North Church Street
Suite 307
West Chester, PA 19380
(610) 692-0500
I.D. No. 48862
Attorneys for Defendant, John J. Duffy