UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

**MOTION & ORDER
FOR ADMISSION *PRO HAC VICE***

United States District [Court]
Southern District of Texas
FILED

NOV 1 2 2004

Michael N. Milby
Clerk of Court

| Division | Brownsville | Action Number | B-04-CV-133 |
|---|---|---|---|
| | Jorge Luna | | |
| | *versus* | | |
| | John J. Duffy, Esquire | | |
| | | | |
| | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | P.J. Redmond |
| Firm | Duffy Green & Redmond |
| Street | 10 North Church St. Suite 307 |
| City & Zip Code | West Chester, Pennsylvania 19380 |
| Telephone | (610) 692-0500 |
| Licensed: State & Number | Pennsylvania Lawyer I.D. 48862 |
| Admitted US District Court for: | Eastern District of Pennsylvania |
| | |

Seeks to appear as the attorney for this party:

| John J. Duffy, Esquire | |
|---|---|
| Dated: Nov 10, 2004 | Signed: *P. J. Redmond* |

United States District Court
Southern District of Texas
ENTERED

NOV 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on November 15, 2004.

_____
United States District Judge

SDTX AA-6 (8/98)