UNITED STATES FEDERAL COURTHOUSE
BROWNSVILLE TEXAS

United States District
Southern District of Texas
FILED

DEC 0 2 2004

Michael N. Milby
Clerk of Court

George Luna  §
    Plaintiff,  §
  §
v.  § Civil Complaint No. B-04-CV-133
  §
  §
John Duffy  §
    Defendant.  §

## SECOND DIRECTIVE TO THE CLERK OF THE COURT

Entered now for and on the record, Directive to the Clerk of the Court, Directive is as follows and for the following reasons:

(1) You are here and now directed to Enter the final process, Enter Default and Judgment in this matter.

    (a) In accordance with Rule 55(b)1 which reads as follows:

> "... for issuing final process to enforce and execute judgments, for entering defaults or judgments by default, and for other proceedings which do not require allowance or order of the Court are grantable of course by the Clerk."

THerefore, it is within your authority to issue final judgment in this matter as there is no controversy before the Court, the defendant John Duffy, 10 Church St #307, West Chester, PA 19308, is in default for not entering a plea, or otherwise responding to the properly issued SUMMONS (Copy of the Summon and proof of aceptance via certified mail No. 7003 2260 0002 0420 7113 attached), the SUMMON was presented for acceptance on the 17th day of August, 2004, and was accepted on the 19th day of August, 2004, acceptance of said SUMMONS presented in "good faith", and under "Principal and Agent", constitutes actual knowledge of the proceedings.

1

Thank you for your speedy attention to this matter, should there be any reason why this Entry of Judgment can not be entered, please contact me in writing as soon as possible and detail the reasons.

Sincerely Presented

"without recourse"

*Jorge E. Luna 11-25-2004*
Jorge E. Luna-Plaintiff