

NON-STANDARD FORM - Summons in a Civil Action

## United States District Court

Southern _____ DISTRICT OF _____ Texas

Jorge E. Luna

v.

John J. Duffy

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-04-CV-133

United States District Court
Southern District of Texas
FILED

AUG 1 0 2004

Michael N. Milby
Clerk of Court

TO: DUFFY GREEN & REDMOND
10 N. Church St. Suite 307
West Chester, PA
19380-3059

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S Foreign personal representative

Jorge E. Luna [54528066]
C/O: P.O.Box 4200 JW A
Three Rivers, Texas state [near 78071]

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by "nihil dicit" will be taken against you for the relief demanded in this complaint.

Michael N. Milby, Clerk                     8-10-04
CLERK                                       DATE

*Danelle Ahumada*
BY DEPUTY CLERK

JEL/jel

c.c.        August 17, 2004
            Cm # 7003 2260 0002 0420 7113

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

John J. Duffy Atty S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.40 |

Postmark Here — THREE RIVERS, TX 78071-9998 — AUG 19 — W-A

Sent To: Jorge E. Luna #54528066
Street, Apt. No.; or PO Box No.: Unit JWA Federal Correctional Institute PO Box 4200
City, State, ZIP+4: Three Rivers, Texas 78071

PS Form 3800, June 2002   See Reverse for Instructions

7003 2260 0002 0420 7113

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John J. Duffy, Atty.
10 Church St. #307
West Chester, Pa 19380

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X David Jen...    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): David Jenkins
C. Date of Delivery: 8/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0002 0420 7113

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES FEDERAL COURTHOUSE
BROWNSVILLE TEXAS

| | |
|---|---|
| George Luna<br>    Plaintiff, | §<br>§<br>§ |
| v. | §   Civil Complaint No. B-04-CV-133<br>§ |
| | § |
| John Duffy<br>    Defendant, | § |

Directive to the Clerk of the Court

Entered now for and on the record, Directive to the Clerk of the Court, Directive is as follows and for the following reasons:

(1) you are here and now directed to Enter the final process, Enter Default and Judgment in this matter.

  (a) In accordance with Rule 55 (b)1 which reads as follows;

  ".... for issuing final process to enforce and execute judgments, for entering defaults or Judgments by Default, and for other proceedings which do not require allowance or order of the court are grantable of course by the clerk."

Therefore, it is within your authority to issue final Judgment in this matter as there is no controversy before the Court, the Defendant John Duffy, 10 Church St. #307, West Chester, PA  19308, is in Default for not entering a plea, or otherwise responding to the properly issued SUMMONS, (Copy of the summon and proof of acceptance via certified mail #7003 2260 0002 0420 7113 attached) the SUMMONS was presented for acceptance on the 17th day of August, 2004, and was accepted on the 19th day of August, 2004, acceptance of said SUMMONS presented in "good faith", and under "Principal and Agent", constitutes actual knowledge of the proceedings.

Thank you for your speedy attention to this matter, should there be any reason why this Entry of Judgment can not be Entered please contact me in writing as soon as possible and detail the reasons.

Sincerely presented<br>
"without recourse"<br>
<br>
_Jorge E. Luna_   11-19-04<br>
Jorge E., Luna  - Plaintiff

UNITED STATES FEDERA COURTHOUSE
BROWNSVILLE TEXAS

| | | |
|---|---|---|
| George Luna<br>    Plaintiff, | § § § | |
| v. | § | Civil Complaint No. B-04-CV-133 |
| | § § | |
| John Duffy<br>    Defendant, | § | |

## NIHIL DICIT DEFAULT JUDGMENT

This case comes regularly to the Court on the ____day of _____, 2004, Defendant John Duffy, being properly served, failed to appear or otherwise respond to the Complaint.

The Court having considered the evidence before it and finding that the Defendant, herein named were regularly entered; That the Allegations contained in Plaintiff's Complaint are true, correct, complete, and final. And there is no just reason for a delay in Entering a Final Judgment by "nihil dicit", against the below named person, for good cause herewith stated:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff is granted. Judgment against the Defendant John Duffy, as follows:

For the Sum Certain Amount of Two Hundred Thousand ($200,000.00) in current funds and assets et al.

It is further ordered that should Defendant fail or refuse to pay according to this order, Plaintiff shall be entitled to the issuance of a Writ of Restitution of the above mentioned Monetary Judgment, no sooner than_____, 2004, Domini.

It is FURTHERD ORDERED that the judgment be Entered at this time as a FINAL JUDGMENT.

Dated _____, 2004, Domini

Authorizing Authority -

AFFIDAVIT OF MAILING AND SERVICE

I. Jorge E., Luna, does here and now attest that I did place in the proper mail depository at F.C.I. Three Rivers, the following Documents, postage pre-paid, to the following :

Directive to the Clerk of the Court;
NIHIL DICIT DEFAULT JUDGMENT;
Copy of SUMMONS IN A CIVIL ACTION case No. B-04-CV-133
Proof of acceptance by Defendant, Certified Mail # 7003 2260 0002 0420 7113
AFFIDAVIT OF MAILING AND SERVICE
Total Pages. 4

3 full copies to:
CLERK UNITED STATES DISTRICT COURT
Southern District of Texas
P.O.Box 2299
Brownsville, Texas state    78522-2299

1 full copy to:
John J. Duffy
10 Church Street #307
West Chester, PA 19308

So done this 19th day of September, 2004, Domini.

"without recourse"

_Jorge E. Luna_  9-19-04
Jorge E., Luna - Affirming