UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
RECEIVED
DEC 0 6 2004
Michael N. Milby, Clerk

George Luna
54528066 unit JW-A Jorge E. Luna
Federal Correctional Institute
P.O. BOX 4200
Three Rivers TX 78071

B-04CV133

BROWNS

NOV 2 9 2004
Michael N. Milby, Clerk


Hasler
012H16202949
$00.370
Mailed From 11/17/2004 77002
US POSTAGE