United States District Court
Southern District of Texas
FILED

JAN 1 0 2005

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### —BROWNSVILLE TEXAS—

| | |
|---|---|
| GEORGE LUNA, § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | CIV. NO. B-04-133 |
| § | |
| JOHN DUFFY, § | |
| Defendant. § | |

## ORDER

The Court hereby orders Plaintiff George Luna ("Luna") to include his address on all pleadings filed with this Court. Per Luna's court file, Luna's last known address is Seagoville FCI, 2113 North Hwy 175, Seagoville, TX 75159. If this address is incorrect, Luna is to immediately supply the Court and defense counsel with his correct address.

The Court also orders Defendant John Duffy ("Duffy") to refile his Motion to Dismiss, originally filed on November 12, 2004, so that it complies with the Federal Rules of Civil Procedure. The Court would prefer the motion to be supported by an appropriate affidavit addressing the jurisdictional complaints in a non-conclusory form. Further, this court will not entertain a motion without an appropriate Certificate of Service. Since Defendant's Motion is a Rule 12 Motion, the court will presume it is opposed and, consequently, the normal requirement of a Certificate of Conference is waived. Duffy is to refile his Motion to Dismiss no later than February 5, 2005, and Luna has until the end of business or February 28, 2005, to respond.

The Court further orders both parties to mail to the other side all previously filed pleadings that have not already been so forwarded.

Signed in Brownsville, Texas, the 11th day of January, 2005.

                                                Andrew S. Hanen
                                                United States District Judge