

RE - CV # B 04-133
filed Aug 9, 2004

Dear Sir,

I have recieved a copy of Defendant's Motion to Dismiss, today "JANUARY 3, 2005"
it is dated "November 11 2004" however it was mailed to FCI THREE RIVERS and I was transfered Oct 21, 2004 so I was unaware of his (Defendants) response,

I shall be answering and filing my own in response to his (Defendants) and it will be in your office within the next few days, as I am only settling in from the transfer and am now at a new Institution, FCI Seagoville

I thank you, respectfully

Jorge E. Luna #54328066
unit E-6  FCI Seagoville
P.O. Box 9000
Seagoville Texas 75159-9000


Jorge Luna
    vs                     CV # B 04-133
John J Duffy              filed Aug 9, 2004