United States District Court
Southern District of Texas
FILED

FEB 1 4 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GEORGE LUNA, 54528-066 | : | CIVIL ACTION NO. B-04-CV-133 |
| Plaintiff, | | |
| v. | : | |
| JOHN J. DUFFY, | : | |
| Defendant | | Jury Trial Demanded |

## *MOTION FOR LEAVE TO APPEAR AS ATTORNEY-IN-CHARGE*

AND NOW, Comes Joseph P. Green, Jr., counsel for defendant John J. Duffy, and requests Leave to appear as attorney-in-charge for defendant Duffy pursuant to Local Rule 83.1(K), and in support thereof he sets forth the following:

1. Movant is an attorney, a member in good standing of the Bar of the Commonwealth of Pennsylvania. See,

http://padisciplinaryboard.org/attadddc.php?id=32604

2. Movant is a member in good standing of the Bar of the United States Court of Appeals for the Third Circuit and various federal Districts. Movant has been admitted *pro hac vice* in state courts in Delaware, New Jersey, New York and Florida. Movant has never been refused admission to a District Court or admission *pro hac vice in any state court.*

3. Movant and defendant are partners in the practice of law, and have been partners since 1986. Movant has been admitted to practise since 1980; Mr. Duffy has been admitted since 1962. Movant and defendant Duffy maintain an AV peer review

rating.

4. The "claims" asserted by plaintiff here are totally groundless, and have previously been reviewed by Judge Ludwig in the Eastern District of Pennsylvania.

5. Defendant is not insured for the defense of the civil rights claims asserted here. It would create an unreasonable burden on defendant to require defendant to retain local counsel to defend this claim.

WHEREFORE, Movant respectfully requests that this Honorable Court enter an Order, pursuant to Local Rule 83.1(K), authorizing him to act as attorney-in-charge for defendant John J. Duffy.

Respectfully Submitted,

*DUFFY GREEN & REDMOND*

Dated: 2/9/2005

By: _____
Joseph P. Green, Jr.

*Ten North Church Street*
*West Chester, PA 19380*
    *Phone 610-692-0500*
    *Fax   610-430.6668*
*jpgreen@bellatlantic.net*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| GEORGE LUNA, 54528-066 | : | CIVIL ACTION NO. B-04-CV-133 |
| Plaintiff, | | |
| v. | : | |
| JOHN J. DUFFY, | : | |
| Defendant | | Jury Trial Demanded |

### CERTIFICATE OF SERVICE

COUNSEL HEREBY CERTIFIES that he has served a full and complete set of the within papers upon the person, and in the manner, set forth below, which service satisfies in compliance with Rule 5(b), F.R.C.P., and LR 5.3:

| *Name* | *Manner* | *Date* |
|---|---|---|
| Mr. Jorge E. Luna<br>54528066<br>FCI, Seagoville<br>2113 North Highway 175<br>Seagoville, Texas 75159 | Prepaid first-class mail | 2/9/2005 |
|  |  |  |

Respectfully Submitted,

Dated: 2/9/2005

By: _____
Joseph P. Green, Jr.