IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GEORGE LUNA, 54528-066<br>Plaintiff, | : | CIVIL ACTION NO. B-04-CV-133 |
| v. | : | |
| JOHN J. DUFFY,<br>Defendant | : | Jury Trial Demanded |

## ORDER

AND NOW, this _____ day of _____, 2005, upon Motion of Joseph P. Green, Jr., pursuant to Local Rule 83.1(K), it is hereby ORDERED and DIRECTED that Mr. Green is hereby authorized to act as attorney-in-charge for defendant John J. Duffy.

BY THE COURT:

_____
Andrew S. Hanen, District Judge