IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE TEXAS—

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GEORGE LUNA,<br>    Plaintiff, | §<br>§<br>§ |
| vs. | §<br>§  CIV. NO. B-04-133<br>§ |
| JOHN DUFFY,<br>    Defendant. | §<br>§ |

# ORDER

On this 14th day of February, 2005, upon Motion of Joseph P. Green, Jr., pursuant to Local Rule 83.1(K), it is hereby ORDERED and DIRECTED that Mr. Green is hereby authorized to appear pro hac vice as attorney-in-charge for defendant John J. Duffy.

Signed this 14th day of February.

Andrew S. Hanen
United States District Judge