United States District Court
Southern District of Texas
FILED

FEB 1 4 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GEORGE LUNA, 54528-066 | : | CIVIL ACTION NO. B-04-CV-133 |
| Plaintiff, | | |
| v. | : | |
| JOHN J. DUFFY, | : | |
| Defendant | | Jury Trial Demanded |

### *DEFENDANT DUFFY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)*

AND NOW, Comes defendant, John J. Duffy, by his attorneys, pursuant to Rule 12, F.R.Civ.P., and Moves this Honorable Court for the entry of an Order dismissing the captioned action. In support of that Motion he sets forth the following:

1. This action was apparently commenced by plaintiff's filing of a "Brief in Support of Plaintiff's Complaint in the Civil Jurisdiction of This Court", (hereafter "plaintiff's papers"). The papers name John J. Duffy as defendant.

2. The plaintiff's papers appear to seek damages for gross negligence, and for unethical and criminal conduct, and appear to request a criminal investigation for forgery. The papers seem to describe a conspiracy by which defendant "did knowingly and willfully, with malicious malfeasance work in conjunction with the prosecutor to deprive the plaintiff of his God-given rights to have a fair jury trial."

3. The plaintiff's allegations arise from the defense of criminal charges filed against him in state and federal court. The state charges were filed in Chester County, Pennsylvania. The Court may take judicial notice of the docket entries in the matter of Commonwealth of Pennsylvania v. Jorge E. Luna, Chester County, Pennsylvania, Court

of Common Pleas, No. 00698-99 (Certified copy attached).

4. The superceding federal charges were filed in the United States District Court for the Eastern District of Pennsylvania, *United States v. Luna*, No. 00-600. This Honorable Court may likewise take judicial notice of the proceedings and results on that Indictment as reported in the Opinion of the Honorable Edmund V. Ludwig, J., 2002 U.S. Dist. LEXIS 6207 (E.D.Pa., 2002).

5. The plaintiff's conviction was affirmed by the United States Court of Appeals for the Third Circuit at No. 02-1249. This Honorable Court may likewise take judicial notice of the proceedings and results on that appeal as reported in the Unpublished Opinion authored for the Third Circuit by the Honorable Richard L. Nygaard, 76 Fed. Appx. 411, 2003 U.S. App. LEXIS 16326 (CA3, 2003).

6. The gravamen of plaintiff's complaints seems to be his allegation that Mr. Duffy forged his name on a proffer letter. That issue has been addressed in the prior litigation. In the District Court, plaintiff here claimed that he had been the victim of unreasonable and unconstitutional delay. Judge Ludwig held a hearing on that Motion, and found as follows:

> defendant's counsel on his state charges requested continuances of the state trial date so that Luna could cooperate with the government. He testified that he saw defendant sign state and federal proffer letters after he "had an opportunity to go through the substance" of those letters with his client. Supp. Hg. Tr. 4/2/01 at 15-16. About fourteen months after signing the proffer letters, defendant, for reasons that have not been articulated, rejected cooperation

2002 U.S. Dist. LEXIS 6207 *9, n. 10. Judge Ludwig found as facts that (1) defendant signed the proffer letters, and (2) rejected cooperation 14 months later.

### *1. RULE 12(B)(6) MOTION TO DISMISS - FAILURE TO STATE A CLAIM*

7. Plaintiff has failed to state a claim upon which relief may be granted. He has failed even to attempt to state a federal claim against defendant Duffy, and he has failed to state any common law civil claim that could conceivably fall within the Court's diversity jurisdiction.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order dismissing the claims asserted here.

8. Further, whatever tort claim he asserts is barred by Pennsylvania's two-year statute of limitations. Plaintiff's action was commenced in this Court August 9, 2004. That date is more than four years after Duffy's last action in Pennsylvania's courts. New counsel for Mr. Luna entered an appearance for him in Chester County on August 18, 2000. Mr. Duffy's last act was a request for continuance undertaken in July of 2000.

9. More than two years passed between the cessation of the parties' Pennsylvania relationship and Luna's Complaint here. Pennsylvania's two year Statute of Limitations would bar the assertion of the common law claims asserted here 42 Pa.C.S. §5524(7). Accordingly, Mr. Luna's claims must be dismissed.

WHEREFORE, defendant respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's Complaint, with prejudice.

### *2. RULE 12(B)(3) MOTION TO DISMISS OR TRANSFER – IMPROPER VENUE*

10. Plaintiff has filed papers in the Southern District of Texas relating to a contact he had with an individual defendant in Pennsylvania arising out of the individual

defendant's role as plaintiff's lawyer in a state criminal law drug case in Pennsylvania. The lawyer (defendant here) only met with client (plaintiff here) in Pennsylvania at and after plaintiff's arrest in Pennsylvania in 1999. The only time that defendant ever had contact with Mr. Luna was when Mr. Luna was incarcerated in Pennsylvania.

11.   Transfer to the Eastern District of Pennsylvania is required. The relevant witnesses, including federal judicial and prosecutorial authorities, are located in Pennsylvania, and Venue is, therefore, proper only in the Eastern District of Pennsylvania.

WHEREFORE, defendant respectfully requests that this Honorable Court enter an Order Dismissing this action or transferring this action to the Eastern District of Pennsylvania, costs on plaintiff.

Respectfully Submitted,

***DUFFY GREEN & REDMOND***

Dated: 2/9/2005

By: _____
Joseph P. Green, Jr.

– Exhibit A–
*Certified Docket Entries,
Commonwealth of Pennsylvania v. Jorge Luna*

```
                        C H E S T E R   C O U N T Y
                 C O U R T S   M A N A G E M E N T   S Y S T E M

                        C A S E   I N F O R M A T I O N
================================================================================
COMMONWEALTH VS. JORGE EMIGDIO LUNA          CASE 0069899    OTN F 368558-1
 1015 EAST 13TH ST                     RACE H              CASE TYPE Criminal
                                       SID                 DEF. STAT Committed/Pend
SAN JUAN TX 78589-                     COM  C              PL COMTD  CHESTCOPRI
DEF.ID  146617 DJ DISP HDCT            BAIL INFO 3 $000000 OP. LIC   03383802 TX
DJ # C99000028 DOB 08/05/59 SEX M      PSI CODE E          PROB OFFICER SHEPHERD
--------------------------------------------------------------------------------
CUR STAT CLOSD9400 FINAL IA 15306 DA   025255 JOSEPH W CARROLL
ORG STAT 0100      INIT IA  15306 DEF. 080582 DANIEL L. MCCAUGHAN
ORI PAPSP2700      OCA            JUDGE 36052  JUAN R. SANCHEZ
--------------------------------------------------------------------------------
ARREST    02/08/99 COMPLAINT 02/08/99   CLOCK IN 02/19/99   WAIVED CT
R1100/180 08/07/99 PLM ARRGN 02/08/99   ARRGNMNT 03/12/99   PSI ORD
R1100/365 02/08/00 ARG ENB              PLM HRNG 02/18/99   TRN SENT
ADJ R1100          VERDICT              PSI COM             COMMIT     02/08/99
APPEAL             SENT 08/31/00 SENT EFF 08/31/00 SCH TRIAL 09/11/00 PVM
--------------------------------------------------------------------------------
BONDSMAN                       REC               POSTED         ORIG COM 02/08/99
AFFIANT                                  AGENCY 117   PSP Embreeville Barracks
--------------------------------------------------------------------------------

                        O P E N   C H A R G E S
================================================================================
CASE # 0069899    COMMONWEALTH VS. JORGE EMIGDIO LUNA
                        DJ
REF.  GD   OFF.DATE    DISP   CODE           DESCRIPTION
--------------------------------------------------------------------------------
  1         02/07/99   HDCT   CS 13A1 6    VIOLATION CONTROLLED SUBSTANCE

  2         02/07/99   HDCT   CS 13A3 0    MANUF/DEL/POSS/W INT MANUF OR DEL

  3         02/07/99   HDCT   CS 13A3 2    USE/POSS OF DRUG PARAPH

  4         02/07/99   HDCT   VC 3309 1    DISREGARD TRAFFIC LANE (SINGLE)


                             A C T I O N S
================================================================================
CASE: 0069899     COMMONWEALTH VS. JORGE EMIGDIO LUNA

REF.  DATE     STATS      ACTION DESCRIPTION                        JUDGE
--------------------------------------------------------------------------------
 30 08/31/00   9400   Nol Prossed - Costs on County                 SANCHEZ
 29 08/22/00   9999   Miscellaneous                                 PER CURIAM
                      MOTION TO DISMISS FOR LACK OF SPEEDY TRIAL
                      W/H 10/4/00 AT 9:00AM IN CR #11
 26 08/18/00   9999   Miscellaneous
                      Appearance of Private Attorney
                      DANIEL L MCCAUGHAN
 25 07/28/00   9999   Miscellaneous
```

Certified From The Record This 8TH Day of FEBRUARY 20 05

*[Signature]*

Deputy Clerk of Common Pleas Court

```
                       Sch. for trial on 091100
                       JUAN R. SANCHEZ
24 07/06/00 7001       Continuance of Trial-Defendant Req        SANCHEZ
                       TO SESSION ON 9.11.00
23 06/09/00 9999       Miscellaneous
                       Sch. for trial on 070500
                       JUAN R. SANCHEZ
22 06/02/00 7001       Continuance of Trial-Defendant Req        SANCHEZ
                       CASE CONT'D--FEDERAL PROSECUTION PENDING
21 05/10/00 9999       Miscellaneous
                       Sch. for trial on 053000
                       JUAN R. SANCHEZ
20 03/24/00 9999       Miscellaneous
                       Sch. for trial on 042400
                       JUAN R. SANCHEZ
19 03/13/00 7001       Continuance of Trial-Defendant Req        SANCHEZ
                       TO SESSION COMMENCING 4/24/00
18 02/18/00 9999       Miscellaneous
                       Sch. for trial on 031300
                       JUAN R. SANCHEZ
17 02/03/00 7001       Continuance of Trial-Defendant Req        SANCHEZ
                       CONTINUED UNTIL SESSION COMMENCING 3-13-00.
16 01/05/00 9999       Miscellaneous
                       Sch. for trial on 020700
                       JUAN R. SANCHEZ
15 11/05/99 9999       Miscellaneous
                       Sch. for trial on 112999
                       JUAN R. SANCHEZ
14 10/21/99 7003       Continuance of Trial - Joint Req          CODY - LIST
                       CONTINUED UNTIL SESSION COMMENCING 12-6-99.
13 09/24/99 9999       Miscellaneous
                       Sch. for trial on 102799
                       JAMES P. MACELREE II
12 09/02/99 7000       Continuance of Trial - Defense Req        MACELREE II
                       CONTINUED UNTIL SESSION COMMENCING 10-25-99.
11 08/06/99 9999       Miscellaneous
                       Sch. for trial on 090899
                       JAMES P. MACELREE II
10 08/04/99 7003       Continuance of Trial - Joint Req          MACELREE II
                       TO SESSION COMMENCING 9/7/99
 9 06/30/99 9999       Miscellaneous
                       Sch. for trial on 080299
                       JAMES P. MACELREE II
 8 06/29/99 7002       Continuance - Commonwealth Request        MACELREE II
                       TO SESSION ON 7.26.99
 7 05/27/99 9999       Miscellaneous
                       Sch. for trial on 062999
                       JAMES P. MACELREE II
 6 04/19/99 9999       Miscellaneous
                       Appearance of Private Attorney
                       JOHN J. DUFFY
 4 03/12/99 0102       Ready Arraign - Information Filed
 5 03/12/99 2004       Ready Trial-Waived Arraign-Plead NG
 3 03/05/99 9999       Miscellaneous
                       Appearance of Assistant District Attorney
```

```
                          JOSEPH W CARROLL III
    2 02/19/99 9999   Miscellaneous
                          Appearance of Public Defender
                          STEWART CHARLES PAINTIN
    1 02/19/99 0100   Ready for Arraign - Bound to Court
                          Held for Court- by DJ :        36
                        C O - D E F E N D A N T S
=================================================================
CASE # 0069899     COMMONWEALTH VS. JORGE EMIGDIO LUNA

CO-DEFENDANT                                        O T N     CASE ID.
-----------------------------------------------------------------
NO DATA FOUND FOR RELATED CASES

                     T R I A L   C H R O N O L O G Y
=================================================================
CASE # 0069899     COMMONWEALTH VS. JORGE EMIGDIO LUNA

DATE      ACTION     JUDGE         DA         DEF ATTNY   REPORTER    CLERK
-----------------------------------------------------------------
03/13/00  CONT       SANCHEZ       LOMBARDI   DUFFY       FINLAN      GUIDONE
08/04/99  CONT       MACELREE II   ADAMS      REDMOND     VANWHY      SCHWABENBAU
06/29/99  CONT       MACELREE II   CARROLL    DUFFY       OPIE        MOZZONI
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| GEORGE LUNA, 54528-066 | : | CIVIL ACTION NO. B-04-CV-133 |
| Plaintiff, | | |
| v. | : | |
| JOHN J. DUFFY, | : | |
| Defendant | | Jury Trial Demanded |

### CERTIFICATE OF SERVICE

COUNSEL HEREBY CERTIFIES that he has served a full and complete set of the within papers upon the person, and in the manner, set forth below, which service satisfies in compliance with Rule 5(b), F.R.C.P., and LR 5.3:

| *Name* | *Manner* | *Date* |
|---|---|---|
| Mr. Jorge E. Luna<br>54528066<br>FCI, Seagoville<br>2113 North Highway 175<br>Seagoville, Texas 75159 | Prepaid first-class mail | 2/9/2005 |
| | | |

Respectfully Submitted,

Dated: 2/9/2005

By: _____
Joseph P. Green, Jr.