IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GEORGE LUNA, 54528-066 | : | CIVIL ACTION NO. B-04-CV-133 |
|     Plaintiff, | | |
| v. | : | |
| JOHN J. DUFFY, | : | |
|     Defendant | | Jury Trial Demanded |

***ORDER***

AND NOW, this _____ day of _____, 2005, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, it is hereby ORDERED and DECREED that the Plaintiff's action and claims against John J. Duffy is/are hereby DISMISSED with prejudice.

BY THE COURT:

_____
Andrew S. Hanen, District Judge
