# Law Offices
# DUFFY GREEN & REDMOND

JOHN J. DUFFY
JOSEPH P. GREEN, JR.
P.J. REDMOND

JOHN A. DISANTIS
*Of Counsel*

SUITE 307
TEN NORTH CHURCH STREET
WEST CHESTER, PA 19380-3059
*Telephone* 610-692-0500
*Facsimile* 610-430-6668

March 14, 2002

Jamie W. Goncharoff, Esquire
14 North Church Street
West Chester, PA 19380

### Re: Luna Fee Dispute

Dear Mr. Goncharoff:

I write on behalf of Mr. Duffy to respond to Mr. Luna's fee dispute complaint. We have no intention of returning one dime to Mr. Luna.

This non-refundable fee agreement was negotiated by Mr. Duffy and Alfonso Ibanez, Esquire, Mr. Luna's lawyer in Texas. The non-refundable fee agreement was outlined and confirmed in our original fee letter sent to Mr. Ibanez, and copied to Mr. Luna for his review. We enclose a copy of that letter for your review.

Mr. Luna's original complaint came to us from Daniel L. McCaughan, Esquire. A copy of his letter of November 1, 2000, is also enclosed for your review, along with our response dated November 10th. Our response sets forth the operative facts.

If you think that mediation has any prospect of success, we are willing to participate. But to be frank, we have no intention of agreeing to the return of any amount of money.

Very truly yours,

Joseph P. Green, Jr.

JPGjr/pcl

cc: Mr. Jorge Luna