UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE LUNA | § | |
| | § | CIVIL ACTION NO. B-04-133 |
| VS. | § | |
| | § | JURY DEMANDED |
| JOHN DUFFY | § | |

**NOTICE OF APPEARANCE OF MICHAEL R. COWEN
AS ATTORNEY-IN-CHARGE FOR DEFENDANT JOHN DUFFY**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Michael R. Cowen hereby enters his appearance as Attorney-In-Charge for Defendant John Duffy.

Defendant requests that Michael R. Cowen be copied on papers filed with the Court in this case, and on all orders issued by the Court.

RESPECTFULLY SUBMITTED,

/s/ Michael R. Cowen
Michael R. Cowen
Texas Bar No. 00795306
S.D. Tex. ID 19967
COWEN & BODDEN
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674
E-Mail: mcowen@cowenlaw.com

ATTORNEY-IN-CHARGE FOR
DEFENDANT JOHN DUFFY

**CERTIFICATE OF SERVICE**

     I, Michael R. Cowen, hereby certify that I sent a copy of this document to Plaintiff by certified mail, return receipt requested, and by regular mail on this 6th day of May, 2005.

George Luna
Seagoville Federal Correctional Institute
P.O. Box 9000
Seagoville, Texas 75159

                                        /s/ Michael R. Cowen