UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GEORGE LUNA § | |
| § | CIVIL ACTION NO. B-04-133 |
| VS. § | |
| § | JURY DEMANDED |
| JOHN DUFFY § | |

**DEFENDANT'S OPPOSED MOTION FOR LEAVE TO FILE MOTIONS TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant John Duffy files this his Opposed Motion for Leave to File Motions to Dismiss.

Plaintiff filed this lawsuit against Defendant on August 9, 2004. On November 12, 2004, Defendant filed a Motion to Dismiss and Answer, which sought to dismiss Plaintiff's claim under Rule 12(b). Unfortunately, Defendant's counsel, who is primarily a criminal defense lawyer, was not familiar with the Federal Rules of Civil Procedure or the Local Rules of the Southern District of Texas, and the Motion did not comply with the Rules.

On January 11, 2005, the Court ordered Defendant to refile the Motion that complied with the Rules. Unfortunately, Defendant did not do so until February 11, 2005, and the Court found that the refiled Motion still did not comply with the Rules. Therefore, On April 19, 2005, the Court struck both Motions to Dismiss, ordered Defendant to procure local counsel, and to file an Amended Answer no later than May 6, 2005.

Defendant has since retained a local attorney, Michael R. Cowen, to serve as attorney-in-charge. Defendant will comply with the Court's order and file an Amended Answer no later than May 6, 2005. However, Defendant and Defendant's new counsel believe that Defendant has defenses under Rule 12(b) that will be waived unless Defendant is permitted to file a Motion to Dismiss prior to filing the Amended Answer. *See* Fed. R. Civ. P. 12(h) ("A defense of lack of

jurisdiction over the person [or] improper venue . . . is waived" if not made in a motion filed prior to pleading). Specifically, because Defendant is a Pennsylvania resident and this lawsuit arises out of conduct that allegedly occurred in Pennsylvania, there is no personal jurisdiction over Defendant, and venue is improper in the Southern District of Texas.

Defendant's new counsel will endeavor to comply with the Rules and the Court's rulings. However, Defendant asks the Court to grant him leave to file Motions to Dismiss under Rule 12(b) so that this case will be decided on the facts and the law, rather than on mistakes of counsel.

RESPECTFULLY SUBMITTED,

/s/ Michael R. Cowen
Michael R. Cowen
Texas Bar No. 00795306
S.D. Tex. ID 19967
COWEN & BODDEN
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674
E-Mail: mcowen@cowenlaw.com

ATTORNEY-IN-CHARGE FOR
DEFENDANT JOHN DUFFY

**CERTIFICATE OF SERVICE**

I, Michael R. Cowen, hereby certify that I sent a copy of this document to Plaintiff by certified mail, return receipt requested, and by regular mail on this 6th day of May, 2005.

George Luna
Seagoville Federal Correctional Institute
P.O. Box 9000
Seagoville, Texas 75159


/s/ Michael R. Cowen

**CERTIFICATE OF CONFERENCE**

I attempted to contact Plaintiff by calling the Seagoville Federal Correctional Institute at (972) 287-2911. However, the prison officials informed me that the prison's policies did not allow inmates to receive telephone calls. Therefore, I have been unable to confer with Mr. Luna.


/s/ Michael R. Cowen