STATE OF PENNSYLVANIA    }
                        }
COUNTY OF CHESTER        }

## AFFIDAVIT OF JOHN DUFFY

On this day appeared before me John Duffy, a person known to me, who deposed upon his oath as follows:

"1    My name is John Duffy. I am over the age of twenty-one, of sound mind, and am competent to give this affidavit. All of the information contained herein is true and correct, and is within my personal knowledge.

2.    I am an attorney licensed by the State of Pennsylvania.

3.    At all times from 1990 to the present I have resided in Chester County, Pennsylvania, and have maintained my law practice in Pennsylvania.

4.    I have never resided in the State of Texas, and have never maintained an office in the State of Texas.

5.    I have never advertised in Texas.

6.    In 1999, Jorge Luna (who in the *Luna v. Duffy* lawsuit calls himself George Luna) retained my law firm to represent him in a Pennsylvania state law criminal case.

7.    At the time Mr. Luna retained me, he had been arrested in the State of Pennsylvania, and the scope of my representation was limited to defending him in Pennsylvania state court.

8.    During my representation of Mr. Luna, I never met with him in Texas; I only met with him in Pennsylvania.

9.    I do not own or lease any real property in the State of Texas.

10.    I have no employees in the State of Texas, and have never had any employees in the State of Texas.

11.    I do not conduct meetings or train employees in the State of Texas, and have never done so.

12.    I do not maintain bank accounts in Texas, and have never done so.

13. I do not pay taxes in Texas, and have never done so.

14. am not licensed to practice law in Texas, and have never been so licensed."

_____
John Duffy

SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, on this 3rd day of May, 2005.

_____
Notary Public, State of Pennsylvania

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Hillary Page Heebner, Notary Public
West Chester Boro, Chester County
My Commission Expires May 2, 2009
Member, Pennsylvania Association of Notaries