UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GEORGE LUNA § | |
| § | CIVIL ACTION NO. B-04-133 |
| VS. § | |
| § | JURY DEMANDED |
| JOHN DUFFY § | |

**ORDER GRANTING DEFENDANT'S OPPOSED**
**MOTION FOR LEAVE TO FILE MOTIONS TO DISMISS**

    The Court hereby GRANTS Defendant's Opposed Motion for Leave to File Motions to Dismiss. Defendant is ordered to file his motions to dismiss.

    SIGNED this ___day of _____, 2005, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE