UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GEORGE LUNA § | |
| § | CIVIL ACTION NO. B-04-133 |
| VS. § | |
| § | JURY DEMANDED |
| JOHN DUFFY § | |

**ORDER GRANTING DEFENDANT'S**
**MOTION TO DISMISS FOR LACK OF JURISDICTION**

    The Court has considered Defendant John J. Duffy's Motion to Dismiss for Lack of Personal Jurisdiction. After considering the motion and the response thereto, the Court finds that Defendant John Duffy is not subject to personal jurisdiction in Texas. Therefore, the Court DISMISSES this case without prejudice.

    SIGNED this ___ day of _____, 2005, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE