UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GEORGE LUNA | § |
| | § CIVIL ACTION NO. B-04-133 |
| VS. | § |
| | § JURY DEMANDED |
| JOHN DUFFY | § |

**ORDER GRANTING DEFENDANT'S**
**MOTION TO DISMISS FOR IMPROPER VENUE**

    The Court has considered Defendant John J. Duffy's Motion to Dismiss for Improper Venue. After considering the motion and the response thereto, the Court finds that venue is improper in the Southern District of Texas. Therefore, the Court DISMISSES this case without prejudice.

    SIGNED this ___ day of _____, 2005, at Brownsville, Texas.

 

_____
UNITED STATES DISTRICT JUDGE