IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GEORGE LUNA § | |
| § | CIVIL ACTION NO. B-04-133 |
| VS. § | |
| § | JURY DEMANDED |
| JOHN J. DUFFY § | |

### DEFENDANT JOHN J. DUFFY'S FIRST AMENDED ANSWER
### (SUBJECT TO HIS MOTIONS TO DISMISS)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Subject to his 12(b) Motions to Dismiss, Defendant John J. Duffy files this his First Amended Answer. This Answer is filed subject to his Motion for Leave to File 12(b) Motions to Dismiss, Motion to Dismiss for Lack of Personal Jurisdiction, and Motion to Dismiss for Improper Venue.

Plaintiff did not number the paragraphs in his Complaint, so Defendant will answer each paragraph by referring to the page number and the order of paragraphs on each page.

To the extent that the first paragraph of page one of Plaintiff's Complaint contains factual allegations, Defendant denies them.

With respect to the second paragraph of page one of Plaintiff's Complaint, Defendant admits that Plaintiff retained Defendant's law firm to defends him in a state law criminal case, but denies the remaining allegations.

Defendant denies the allegations contained in second, third, and fourth paragraphs of page two of Plaintiff's Complaint.

With respect to the fifth paragraph of page two of Plaintiff's Complaint, Defendant admits that Plaintiff took his dispute with Defendant to the Chester County Bar Association, and admits that

Defendant responded to Plaintiff's complaint by refusing to refund money (as Plaintiff was not entitled to a refund), but denies the remaining allegations.

Defendant denies the allegations contained in the first paragraph of page three of Plaintiff's Complaint.

With respect to the second paragraph of page three of Plaintiff's Complaint, Defendant admits that Exhibit A to Plaintiff's complaint contains a copy of a letter from Defendant to Alfonso Ibanez setting out the terms of Defendant's representation of Plaintiff as well as copies of checks. However, Defendant otherwise denies the allegations made in the paragraph and notes that there are additional documents in Exhibit A that are not described in the Complaint.

Defendant denies the allegations set out in the third paragraph of page three of Plaintiff's Complaint.

Defendant admits that Exhibit C to Plaintiff's Complaint appears to contain copies of correspondence related to the fee dispute between Plaintiff and Defendant, but otherwise denies the allegations made in the fourth paragraph of page three of the complaint.

Defendant denies the allegations made in the fourth and fifth paragraphs of Plaintiff's Complaint.

Defendant admits that Exhibit F to Plaintiff's Complaint appears to contain (among other documents) a copy of a UCC filing that Plaintiff illegally and fraudulently filed, but otherwise denies the allegations made in the sixth paragraph of Plaintiff's complaint.

To the extent that the seventh and eighth paragraphs on page three, and the paragraphs on page four, contain factual allegations, Defendant denies them.

## AFFIRMATIVE DEFENSES

This claim is barred, in whole or in part, by limitations.

This claim is barred, in whole or in part, by collateral estoppel and res judicata.

## JURY DEMAND

Defendant hereby demands a jury trial.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing from his claims, and that court costs be assessed against Plaintiff.

    RESPECTFULLY SUBMITTED,

    COWEN & BODDEN
    520 E. Levee Street
    Brownsville, Texas 78520
    Telephone (956) 541-4981
    Facsimile (956) 504-3674


    By: /s/ Michael R. Cowen
        Michael R. Cowen
        Texas Bar No. 00795306
        S.D. Texas Bar No. 19967

## CERTIFICATE OF SERVICE

I sent a copy of the foregoing document to Plaintiff on this 6th day of May, 2005, by certified mail, return receipt requested.

    Jorge E. Luna
    Seagoville Federal Correctional Institute
    PO Box 9000
    Seagoville, TX 75159


    /s/ Michael R. Cowen
    Michael R. Cowen