IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE TEXAS—

United States District Court
Southern District of Texas
ENTERED

MAY 10 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GEORGE LUNA,<br>    Plaintiff, | §<br>§<br>§ |
| vs. | §<br>§   CIV. NO. B-04-133<br>§ |
| JOHN DUFFY,<br>    Defendant. | §<br>§ |

## ORDER

This court hereby grants Defendant's Motion for Leave to File its Motion to Dismiss for lack of personal jurisdiction and/or for improper venue. Plaintiff, George Luna, is hereby given thirty (30) days from today or until close of business June 10, 2005, to respond to said motions. The court will consider those motions as being ripe to rule upon after that date.

Signed this 10th day of May, 2005.

Andrew S. Hanen
United States District Judge