United States District Court
Southern District of Texas
FILED

MAY 18 2005

Michael N. Milby
Clerk of Court

| SENDER: | |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>George Luna<br>54528066<br>Seagoville Federal<br>Correctional Institute<br>P O Box 9000<br>Seagoville, TX 75159 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D. |
| B-04-CV133   order 5/10/05 | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0003 6967 6212 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-154