September 27, 2005

Court Clerk
United States District Court
Michael N. Milby
P.O. Box 61010
Houston, Texas   77208

George Luna
54528-066
P.O. Box 9000
Seagoville, Texas
          75159-9000

United States Courts
Southern District of Texas
FILED

SEP 3 0 2005

Michael N. Milby, Clerk

   re:.. Luna v Duffy...
       case no. B-04-133

Dear Mr. Milby

   I seek your assistance on a disposition on a civil action-case no: B-04-133 I reside at FCI-Seagoville (address on envelope) and have been waiting for a response on the action stated above.

   Would you please send any information on the action.
   Any and all information is appreciated.


Executed on   Sept 27,   , 2005



Respectfully Submitted


_____
   George Luna
   54528-066

Name  George Luna
Reg. No.  54528-066   F-10
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

United States Courts
Southern District of Texas
FILED

SEP 3 0 2005

Michael N. Milby, Clerk

Court Clerk
Micheal N. Milby
United States District Court
P.O. Box 61010
Houston, Texas  77208