United States District Court
Southern District of Texas
FILED

OCT 2 6 2005

Michael N. Milby
Clerk of Court

