| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>George Luna<br>54528066<br>Jorge E. Luna<br>Seagoville Federal Correctional Institut<br>PO Box 9000<br>Seagoville, TX 75159 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>United States District Court<br>Southern District of Texas<br>RECEIVED<br>NOV 0 4 2005 |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| B 04-133 - mo + order | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2.  7003 1010 0003 6967 5659 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381